17652.   EVERETT *et al. v.* WALLACE.

BROYLES, C. J.   Under the facts of the case as disclosed by the record, a nonsuit was properly awarded.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926.

Lien foreclosure; from city court of Savannah—Judge Freeman. July 20, 1926.

*Anderson & Trapnell, Charles D. Russell,* for plaintiffs.

*Robert L. Colding, Kirkland & Kirkland,* for defendant.